## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **BARBARA JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:22-cv-01395-JPH-TAB |
| | § | |
| **FAMILY DOLLAR STORES, INC.,** | § | **JURY TRIAL DEMANDED** |
| **DOLLAR TREE INC., AND** | § | |
| **FAMILY DOLLAR STORES LLC,** | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, BARBARA JONES, and Defendants, FAMILY DOLLAR STORES., INC. DOLLAR TREE INC., AND FAMILY DOLLAR STORES LLC[1], pursuant to Rule 41(a) (1)(A) hereby stipulate to the dismissal of this action as to all claims against all Defendants, with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: February 14, 2023

| | |
|---|---|
| **LEWIS WAGNER, LLP** | **BRAND LAW PLLC** |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| 1411 Roosevelt Avenue, Suite 102 | 3626 N. Hall Suite 610 |
| Indianapolis, IN 46201 | Dallas, Texas 75219 |
| Telephone: (317) 237-0500 | Telephone: (214) 932-1472 |
| Facsimile: (317)-630-2790 | Facsimile: (214) 932-1473 |
| | |
| */s/ Molly Lee* | */s/ Volney Brand* . |
| Molly Lee | Volney Brand |
| mlee@lewiswagner.com | Volneyl@brandlaw.us.com |

---

[1] Barbara Jones improperly named Family Dollar Stores, LLC as a Defendant; to the extent such entity exists, it is not owned by or otherwise affiliated with Defendants.

JOINT STIPULATION OF VOLUNTARY DISMISSAL – Page 1

## CERTIFICATE OF SERVICE

I certify that on February 14, 2022, a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system which provided notice to all counsel of record.

*/s/ Volney Brand*
Volney Brand