IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges the Joint Stipulation of Voluntary Dismissal, dkt. 25.
JPH, 2/15/2023
Distribution via ECF.

| | |
|---|---|
| **BARBARA JONES,** § § § | |
| Plaintiff, § § | |
| vs. § § | Civil Action No. 1:22-cv-01395-JPH-TAB |
| **FAMILY DOLLAR STORES, INC.,** § **DOLLAR TREE INC., AND** § **FAMILY DOLLAR STORES LLC,** § § | **JURY TRIAL DEMANDED** |
| Defendants. § | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, BARBARA JONES, and Defendants, FAMILY DOLLAR STORES., INC. DOLLAR TREE INC., AND FAMILY DOLLAR STORES LLC[1], pursuant to Rule 41(a)(1)(A) hereby stipulate to the dismissal of this action as to all claims against all Defendants, with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: February 14, 2023

| | |
|---|---|
| **LEWIS WAGNER, LLP** | **BRAND LAW PLLC** |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| 1411 Roosevelt Avenue, Suite 102 | 3626 N. Hall Suite 610 |
| Indianapolis, IN 46201 | Dallas, Texas 75219 |
| Telephone: (317) 237-0500 | Telephone: (214) 932-1472 |
| Facsimile: (317)-630-2790 | Facsimile: (214) 932-1473 |
| | |
| */s/ Molly Lee* | */s/ Volney Brand* . |
| Molly Lee | Volney Brand |
| mlee@lewiswagner.com | Volneyl@brandlaw.us.com |

---

[1] Barbara Jones improperly named Family Dollar Stores, LLC as a Defendant; to the extent such entity exists, it is not owned by or otherwise affiliated with Defendants.